## William HASSELL *v.* STATE of Arkansas

CR 01-171                                                    37 S.W.3d 620

Supreme Court of Arkansas
Opinion delivered February 22, 2001

*Robert L. Hertzfield, Jr.,* for appellant.

No response.

PER CURIAM. Appellant William Hassell, by and through his attorney, has filed a motion for rule on clerk. His attorney, Robert L. Herzfeld, Jr., states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.